UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carlos J.M.,

     Petitioner,

v.

Todd Blanche, *Acting U.S. Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and Eric Tollefson, *Kandiyohi County Sheriff*,

     Respondents.

File No. 26-cv-2943 (ECT/DTS)

**ORDER**

---

Magistrate Judge David T. Schultz issued a Report and Recommendation dated July 20, 2026. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**.

2. Petitioner Carlos J.M.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3. Carlos J.M. shall be released from custody within the State of Minnesota at a time and place communicated to his counsel.

4.      The Government shall return Carlos J.M.'s property in its possession, if any.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 28, 2026                        s/ Eric C. Tostrud

                                              Eric C. Tostrud
                                              Chief Judge, United States District Court